■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BENDELL, Appellant.—Upon remittitur of Court of Appeals, the judgment of the Supreme Court, New York County (Harold Baer, Jr., J.), rendered on October 14, 1983, unanimously affirmed. No opinion. Concur—Murphy, P. J., Sullivan, Carro and Ellerin, JJ.

■ CHERI ORR, Respondent, v ORENTREICH MEDICAL GROUP et al., Appellants.—Order, Supreme Court, New York County (Helen Freedman, J.), entered on February 11, 1986, unanimously affirmed, without costs and without disbursements. Motion and cross motion by plaintiff-respondent and defendants-appellants for an order granting permission for each to serve a supplemental record on appeal denied. No opinion. Concur—Murphy, P. J., Ellerin, Wallach and Smith, JJ.